UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>RASHAAD DEON PILGRIM,<br><br>Defendant(s). | Case No. 2:17-cr-00144-JCM-VCF<br><br>**ORDER**<br><br>(Docket No. 15) |

On June 8, 2017, Defendant filed a notice of assertion of right regarding shackling. Docket No. 14. The notice relates to the issuance of the *en banc* decision in *United States v. Sanchez-Gomez*, 859 F.3d 649 (9th Cir. 2017). On June 13, 2017, the Government moved to strike that notice, arguing that it mischaracterizes the Ninth Circuit's decision. Docket No. 15. Defendant filed a response. Docket No. 16. The Government filed a reply. Docket No. 18. These filings are not tethered to any particular hearing, shackling request, or shackling determination. There is no live justiciable dispute before the Court.

//

//

Accordingly, the motion to strike is **DENIED** without prejudice to the parties addressing the issues at an appropriate time if necessary.

IT IS SO ORDERED

Dated: August 10, 2017

_____
CAM FERENBACH
United States Magistrate Judge