**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

\* \* \*

UNITED STATES OF AMERICA,

       Plaintiff,

    v.

RASHAAD DEON PILGRIM,

       Defendant.

Case No.: 2:17-cr-00144-JCM-VCF

**ORDER PLACING THE OFFENDER IN THE RESIDENTIAL REENTRY CENTER**

     This Court held a hearing for Revocation of Supervised Release in this matter on June 13, 2019.  ECF No. 49.  At that hearing, the Court ordered that Rashaad Deon Pilgrim, the defendant, reside in the Residential Re-entry Center (RRC) for a term of up to 180 days.  *Id*.  This order is issued to facilitate the administrative processes for that placement.

<u>ORDER</u>

IT IS HEREBY ORDERED that Rashaad Deon Pilgrim shall comply with the following special condition of supervision:

     <u>Residential Reentry Center</u>.  You must reside at a residential reentry center for a term of up to 180 days at the discretion of the probation officer.  You must follow the rules and regulations of the center.  Your subsistence fees for the center are waived.

IT IS SO ORDERED June 13, 2019.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE