**FILED UNDER SEAL**

# United States District Court
## for
## the District of Nevada

# PETITION FOR WARRANT
# FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Rashaad Deon Pilgrim**

Case Number: **2:17CR00144**

Name of Sentencing Judicial Officer: **Honorable James C. Mahan**

Date of Original Sentence: **May 1, 2018**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **21 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **November 21, 2018**

Name of Assigned Judicial Officer: **Honorable James C. Mahan**

# PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 180 days. You must follow the rules and regulations of the center.

    a) On July 18, 2019, in violation of code 112, Use of Alcohol, Pilgrim submitted a positive alcohol test with a reading of .02 BAC at 4:12 p.m. and a second positive alcohol test with a reading of .04 BAC at 4:25 p.m.

    b) On September 18, 2019, in violation of code 309, Unaccountability, Pilgrim was found to be unaccountable for 20 hours. During the week of August 29, 2019 through

September 4, 2019 only worked 28 hours, despite being signed out of the facility for 48 hours.

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **September 20, 2019**

Kamu Kapanui
2019.09.20
09:33:42 -07'00'

_____
Kamuela K Kapanui
United States Probation Officer

Approved:

Joy Gabonia
2019.09.20 09:19:17
-07'00'

_____
Joy Gabonia
Supervisory United States Probation Officer

## *THE COURT ORDERS*

- ☐ No Action.
- ☒ The issuance of a warrant.
- ☐ The issuance of a summons.
- ☐ Other:

_____
Signature of Judicial Officer

September 20, 2019
_____
Date

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
# UNITED STATES V. RASHAAD DEON PILGRIM, 2:17CR00144

## SUMMARY IN SUPPORT OF PETITION FOR WARRANT
## September 20, 2019

At his revocation hearing from June 13, 2019, Pilgrim appeared before Your Honor and the parties agreed to a last chance agreement to include modifications of supervision. Due to unstable nature surrounding the pending violations, the parties recommended, and the Court ordered, Pilgrim reside at the Residential Reentry Center for a term up to 180 days.

On July 18, 2019, in violation of code 112, Use of Alcohol, Pilgrim submitted a positive alcohol test with a reading of .02% BAC at 4:12 p.m. and a second test with a reading of .04% BAC at 4:25 p.m. During a home contact at the RRC, Pilgrim admitted to consuming some drinks prior to returning to the facility but did not think it would show up. He was instructed to remain sober and refrain from alcohol during his stay at the RRC.

On September 18, 2019, in violation of code 309, Unaccountability, Pilgrim was found to be unaccountable for 20 hours. During the week of August 29, 2019, through September 4, 2019, Pilgrim only worked 28 hours, despite being signed out of the facility for 48 hours. On this same date, the RRC provided the undersigned officer with a program failure report indicating he was being program failed from the RRC and was no longer welcome to reside there.

Based upon the offender's conduct detailed in this petition, it appears Pilgrim is not taking advantage of the opportunities made available to him to succeed on supervision. Despite the parties looking to work with Pilgrim, he continues to squander his chance at redemption so much so that he is removed from the RRC. The probation office recommends the issuance of a warrant to initiate revocation proceedings and recommend the offender remain in custody pending revocation proceedings. Pilgrim is viewed as a danger to the community and a risk of nonappearance; and there is no condition or combination of conditions that would reasonably assure the safety of the community or the offender's appearance in court.

Respectfully submitted,

Kamu Kapanui
2019.09.20
09:34:07 -07'00'

Kamuela K Kapanui
United States Probation Officer

**RE: Rashaad Deon Pilgrim**

Prob12C
D/NV Form
Rev. March 2017

Approved:

_Joy Gabonia_
Joy Gabonia
2019.09.20 09:19:37 -07'00'

_____
**Joy Gabonia**
Supervisory United States Probation Officer